# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | | |
|---|---|---|
| Rickey James Gallman, # 0347-254752;<br>Joey Derrick Owen, # 184-290679,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>G.C.D.C.; Sgt. Bernard, C. Shift; Officer<br>Bradly, C. Shift; Officer Charlotte; and Dr.<br>Martain, G.H.G,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:15-cv-4806-JMC<br><br><br><br>**ORDER** |

Plaintiffs Rickey James Gallman and Joey Derrick Owen, local prisoners proceeding *pro se*, filed their Complaint against Defendants alleging discrimination claims on December 2, 2015. On December 10, 2015, Magistrate Judge Shiva Hodges issued an order explaining that multiple plaintiffs may not proceed in a single case under the Prison Litigation Reform Act. (ECF No. 7 at 1–2.) Accordingly, the Magistrate Judge provided Plaintiffs with proper blank complaint forms to complete. (*Id.*)

The Magistrate Judge warned Plaintiffs that the failure to provide the necessary information within a specific time period would subject the case to dismissal. (*Id.*) On December 30, 2015, the proper form order was returned as undeliverable as to Plaintiff Joey Derrick Owen. (ECF No. 9.) A handwritten notation on the returned envelope stated "Released." (*Id.*) The time for response, in proper form, expired on January 7, 2016, (*see* ECF No. 7), and Plaintiff Rickey James Gallman did not file a response.

As Plaintiffs have failed to prosecute this case and have failed to comply with an order of the Magistrate Judge, the case is dismissed *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. See *Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

Plaintiffs' case therefore is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

United States District Judge

January 22, 2016
Columbia, South Carolina

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.