AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Rickey James Gallman; Joey Derrick Owen,<br>*Plaintiff*<br>v.<br>G.C.D.C.; Sgt. Bernard, C Shift; Officer Bradly, C Shift; Officer Charlotte; Dr. Martain,<br>*Defendants* | )<br>)<br>)   Civil Action No.   1:15-cv-04806-JMC-SVH<br>)<br>)<br>) |

**AMENDED JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, Rickey James Gallman; Joey Derrick Owen, shall take nothing of the defendants, G.C.D.C.; Sgt. Bernard, C Shift; Officer Bradly, C Shift; Officer Charlotte; Dr. Martain, and this action is dismissed with prejudice.

This action was *(check one)*:
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable J. Michelle Childs, United States District Judge, presiding,, dismissing the action without prejudice for failure to prosecute pursuant to Rule 41(b).

Date:   January 22, 2016                                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                          s/M. Walker
                                                                                *Signature of Clerk or Deputy Clerk*