AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Rickey James Gallman; Joey Derrick Owen,

*Plaintiffs*

v.   Civil Action No.   1:15-cv-04806-JMC-SVH

G.C.D.C.; Sgt. Bernard, C Shift; Officer Bradly, C Shift; Officer Charlotte; Dr. Martain,

*Defendant*

**AMENDED JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiffs, Rickey James Gallman; Joey Derrick Owen, shall take nothing of the defendants, G.C.D.C.; Sgt. Bernard, C Shift; Officer Bradly, C Shift; Officer Charlotte; Dr. Martain, and this action is dismissed with prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable J. Michelle Childs, United States District Judge, presiding, dismissing the action without prejudice for failure to prosecute pursuant to Rule 41(b).

Date:  January 26, 2016                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                           s/M. Walker

                                                           *Signature of Clerk or Deputy Clerk*